UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiff,

v.

OARS AND ALPS, LLC,

Defendants.

Docket No.: 1:22-cv-7053 (LGS)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein, that the Complaint herein is dismissed in its entirety with prejudice and that each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed electronically and/or in multiple counterparts, any of which may be transmitted by facsimile or other electronic means, and each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.

Dated:  December 6, 2022

**THE MARKS LAW FIRM, LLC**
*Attorneys for Plaintiff*

By:
155 East 55th Street, Suite 4H
New York, New York 10022
Tel: (646) 770-3775
Fax: (646) 867-2639
Email: brad@markslawpc.com

**ARCHER & GREINER**, P.C.
*Attorneys for Defendant*

By
1211 Avenue of the Americas
Suite 2750
New York, New York 10036
Tel. (212) 682-4940
Direct Dial: (646) 553-1259
Fax (856) 795-0574
Email: lroth@archerlaw.com

So Ordered.

226180475v1 Dated: December 7, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**